KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Brett A. Scher**
**bscher@kaufmandolowich.com**

November 26, 2024

**VIA ECF**
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re: *John A. Bartolini and New York Metro Cloud LLC v. Town of Dryden et. al.*
Case No. 3:24-cv-01380-DNH-ML
Case No. 3:24-cv-01383-DNH-ML

Dear Judge Lovric:

Our firm represents defendants Coughlin & Gerhart, LLP, Nathan VanWhy, Esq. and Mark Spinner, Esq. (collectively "Town Attorneys") in the two captioned matters.

We write to join in the letter application filed by *pro se* Plaintiffs, John A. Bartolini and New York Metro Cloud LLC on November 22, 2024 (ECF Doc. No. 25) seeking to consolidate their two lawsuits into one action with the Amended Complaint annexed thereto serving as the operative pleading.

I have conferred with Mr. Bartolini as well as counsel for the Town of Dryden defendants, Joseph Rizzo, and all sides consent to this approach, if the Court deems it appropriate.

Plaintiffs have also agreed that if the Court accepts this Amended Complaint as the operative pleading, all defendants will have until December 18, 2024 to respond to that pleading (again, subject to the Court's approval).

Respectfully submitted,
Kaufman Dolowich LLP

Digitally signed by: Brett A. Scher
DN: CN = Brett A. Scher email = bscher@kdvlaw.com C = US O = Kaufman Dolowich Voluck
Date: 2024.11.26 15:36:44 -05'00'

Brett A. Scher

cc: All represented parties via ECF
NYMC LLC and John Bartolini,
Plaintiffs *Pro se* (via email - bartolini@optonline.net)
Joseph Rizzo, Esq. (via email - jrizzo@r2olaw.com)